UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
K.F. and J.F. on behalf of their son, T.F., a Student
with a disability,

                              Plaintiffs,

                                                                  **ORDER**
-against-                                              18-CV-1838 (DRH)(ARL)

RIVERHEAD CENTRAL SCHOOL DISTRICT,

                              Defendant.
------------------------------------------------------------X

      Having reviewed the Report and Recommendation, dated, July 7, 2020, of Judge Lindsay and defendant's objections thereto, the Court adopts the Report and Recommendation to the extent set forth below.

      This action is hereby stayed until November 16, 2020 to allow plaintiff an opportunity to retain new counsel.

      **Whether or not plaintiff retains new counsel**, to the extent plaintiffs oppose defendant's motion for summary judgment, they must file and serve opposition papers on or before December 31, 2020. On or before January 22, 2020, Defendant shall serve reply papers, if any, together with only a notice of motion (the original supporting papers need not be refiled), which notice of motion shall reinstate the motion for summary judgment.

      The Clerk of Court is directed to serve a copy of this Order on Plaintiffs.

      **SO ORDERED.**

Dated: Central Islip, New York                      s/ Denis R. Hurley
       September 30, 2020                     Denis R. Hurley
                                                   United States District Judge